**Garrett S. Garfield**, OSB No. 093634
Email:  serve.gsg@hklaw.com
HOLLAND & KNIGHT LLP
2300 U.S. Bancorp Tower
111 SW Fifth Avenue
Portland, Oregon 97204
Telephone:  (503) 243-2300
Facsimile:   (503) 241-8014

Attorneys for Defendants Stingl Products, LLC,
David Stingl, and Tony Sirianni

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

### PORTLAND DIVISION

| | |
|---|---|
| **ZELPRO ASSEMBLY SOLUTIONS, LLC**, an Oregon limited liability company, and **CALVIN RASMUSSEN**, an individual,<br><br>                Plaintiffs,<br><br>v.<br><br>**STINGL PRODUCTS, LLC,** a Virginia limited liability company, **DAVID STINGL**, an individual, and **TONY SIRIANNI**, an individual,<br><br>                Defendants,<br><br>**NAC GROUP, INC.**, a Florida corporation,<br><br>                Defendant-intervenor. | Civil No.  11-519-ST<br><br>**MOTION OF HOLLAND & KNIGHT LLP TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANTS STINGL PRODUCTS, LLC, DAVID STINGL, AND TONY SIRIANNI** |

## MOTION

Holland & Knight LLP ("H&K") moves the Court under LR 83-11 for leave to withdraw as counsel of record for Defendants Stingl Products, LLC, David Stingl, and Tony Sirianni (collectively, "Defendants") in this matter. H&K represents that professional considerations require termination of the representation, and that the situation is one in which withdrawal is appropriate under the Oregon Rules of Professional Conduct and applicable Formal Ethics Opinions of the

Oregon State Bar. In addition, Defendants will not be prejudiced by H&K's withdrawal because the current pretrial schedule for this case provides for amended pleadings and joinder of parties by December 9, 2011, and close of discovery by February 15, 2012, leaving ample time for Defendants to secure substitute counsel and proceed with discovery. H&K has also assured Defendants that it will fully cooperate in their efforts to promptly retain substitute counsel and to avoid jeopardy to the foregoing discovery schedule and any adverse effect on Defendants' defense of plaintiff's claims.

For these reasons, H&K respectfully moves the Court for an order granting H&K leave to withdraw as counsel of record for Defendants.

DATED this 31st day of October, 2011.

        HOLLAND & KNIGHT LLP

        By: /s/ Garrett S. Garfield
            **Garrett S. Garfield**, OSB No. 093634
            serve.gsg@hklaw.com
            Telephone: (503) 243-2300
        **Attorneys for Defendants Stingl Products, LLC, David Stingl, and Tony Sirianni**

CERTIFICATE OF SERVICE

      I hereby certify that I caused the foregoing MOTION OF HOLLAND & KNIGHT LLP TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANTS STINGL PRODUCTS, LLC, DAVID STINGL, AND TONY SIRIANNI to be served on the following persons by CM/ECF electronically mailed notice from the Court on the date set forth below:

    Leonard D. DuBoff
    lduboff@dubofflaw.com
    The DuBoff Law Group, LLC
    6665 SW Hampton Street, Suite 200
    Portland, OR 97223-8357
      Attorneys for Plaintiffs

    Mark McCulloch
    mm@pmblaw.com
    Corey Tolliver
    ct@pmblaw.com
    POWERS, MCCULLOCH & BENNETT, LLP
    1300 SW Fifth Ave., #1720
    Portland, OR 97201-5637
      Attorneys for Defendant-intervenor

And on the following persons by email and first class mail on the date set forth below:

    Stingl Products, LLC, David Stingl,
    and Anthony R. Sirianni
    c/o Anthony Sirianni
    (tsirianni@tmo.blackberry.net)
    Stingl Products, LLC
    21010 SouthBank Street
    PMB #325
    Sterling, VA 20165

      DATED this 31st day of October, 2011.

                            /s/ Garrett S. Garfield
                            Garrett S. Garfield

#10704808_v1