**Garrett S. Garfield**, OSB No. 093634
Email:  serve.gsg@hklaw.com
HOLLAND & KNIGHT LLP
2300 U.S. Bancorp Tower
111 SW Fifth Avenue
Portland, Oregon 97204
Telephone:  (503) 243-2300
Facsimile:   (503) 241-8014

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **ZELPRO ASSEMBLY SOLUTIONS, LLC**, an Oregon limited liability company, and **CALVIN RASMUSSEN**, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>**STINGL PRODUCTS, LLC,** a Virginia limited liability company, **DAVID STINGL**, an individual, and **TONY SIRIANNI**, an individual,<br><br>Defendants,<br><br>**NAC GROUP, INC.**, a Florida corporation,<br><br>Defendant-intervenor. | **Civil No.  11-519-ST**<br><br>**NOTICE OF WITHDRAWAL OF HOLLAND & KNIGHT LLP AS COUNSEL OF RECORD FOR DEFENDANTS STINGL PRODUCTS, LLC, DAVID STINGL, AND TONY SIRIANNI** |

///

///

///

///

///

## NOTICE

Pursuant to the Court's Order entered November 1, 2011, Holland & Knight LLP hereby withdraws as counsel of record in this matter for Defendants Stingl Products, LLC, David Stingl, and Tony Sirianni.

DATED this 3rd day of November, 2011.

                                        HOLLAND & KNIGHT LLP

                                        By: /s/ Garrett S. Garfield
                                               **Garrett S. Garfield**, OSB No. 093634
                                               serve.gsg@hklaw.com
                                               Telephone: (503) 243-2300

CERTIFICATE OF SERVICE

      I hereby certify that I caused the foregoing NOTICE OF WITHDRAWAL OF HOLLAND & KNIGHT LLP AS COUNSEL OF RECORD FOR DEFENDANTS STINGL PRODUCTS, LLC, DAVID STINGL, AND TONY SIRIANNI to be served on the following persons by CM/ECF electronically mailed notice from the Court on the date set forth below:

Leonard D. DuBoff
lduboff@dubofflaw.com
The DuBoff Law Group, LLC
6665 SW Hampton Street, Suite 200
Portland, OR 97223-8357
  Attorneys for Plaintiffs

Mark McCulloch
mm@pmblaw.com
Corey Tolliver
ct@pmblaw.com
POWERS, MCCULLOCH & BENNETT, LLP
1300 SW Fifth Ave., #1720
Portland, OR 97201-5637
  Attorneys for Defendant-intervenor

      DATED this 3rd day of November, 2011.

                                           /s/ Garrett S. Garfield
                                           Garrett S. Garfield

#10729865_v1