**Leonard D. DuBoff, OSB No. 774378**
lduboff@dubofflaw.com
The DuBoff Law Group, LLC
6665 SW Hampton Street, Suite 200
Portland, OR 97223-8357
Telephone: (503) 968-8111
Facsimile: (503) 968-7228
Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **ZELPRO ASSEMBLY SOLUTIONS, LLC**, an Oregon limited liability company, **CIRCUIT MANUFACTURING, INC.**, an Oregon corporation, and **CALVIN RASMUSSEN**, an individual,<br><br>           Plaintiffs,<br><br>           v.<br><br>**STINGL PRODUCTS, LLC**, a Virginia limited liability company, **DAVID STINGL**, an individual, and **TONY SIRIANNI**, an individual,<br><br>           Defendants. | Civil Action No. CV 11-519 ST<br><br>**PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>**ORAL ARGUMENT REQUESTED (TELEPHONIC)** |

Local Rule 7.1 Certification

Pursuant to L.R. 7.1, counsel for Plaintiff has conferred with counsel for Defendants but was unable to reach a resolution.

Motion

Pursuant to the Federal Rule of Civil Procedure 56, Plaintiffs Circuit Manufacturing, Inc.,

PAGE 1 – PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Calvin Rasmussen, and Zelpro Assembly Solutions, LLC move for an order granting partial summary judgment against Stingl Products, LLC. In support of their motion, Plaintiffs rely on their memorandum in support of motion for partial summary judgment and the exhibits and declarations attached thereto.

DATED this 13th day of March, 2012.

The DuBoff Law Group, LLC

_____
Leonard D. DuBoff, OSB # 774378
lduboff@dubofflaw.com
6665 SW Hampton St., Ste. 200
Portland, OR 97223
Telephone: (503) 968-8111
Facsimile: (503) 968-7228

Attorney for Plaintiffs

PAGE 2 – PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT