**COREY B. TOLLIVER,** OSB NO. 075500
E-mail: corey@FARlawfirm.com
FOLAWN ALTERMAN & RICHARDSON LLP
805 SW Broadway, Suite 2750
Portland, Oregon 97205
Telephone: (503) 546-4620
Facsimile: (503) 517-8204

Attorneys for Defendant-Intervenor NAC Group, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **ZELPRO ASSEMBLY SOLUTIONS, LLC,** an Oregon limited liability company, **CIRCUIT MANUFACTURING, INC.,** an Oregon corporation, and **CALVIN RASMUSSEN,** an individual,<br><br>         Plaintiffs<br>v.<br><br>**STINGL PRODUCTS, LLC,** a Virginia limited liability company, **DAVID STINGL,** an individual, and **TONY SIRIANNI,** an individual,<br><br>         Defendants,<br><br>**NAC GROUP, INC.,** a Florida corporation,<br><br>         Defendant-Intervenor. | Case No. 3:11-cv-00519-MO<br><br>JUDGMENT AGAINST STINGL PRODUCTS, LLC, AS TO FEWER THAN ALL CLAIMS |

1 – JUDGMENT AGAINST STINGL PRODUCTS, LLC, AS TO FEWER THAN ALL CLAIMS

On October 10, 2012, Magistrate Judge Stewart issued a Findings and Recommendation ("F&R") [83] in the above-captioned case, recommending that the motion for partial summary judgment [63] be granted against Defendant Stingl Products, LLC in favor of Plaintiffs Zelpro Assembly Solutions, LLC, Circuit Manufacturing, Inc., and Calvin Rasmussen. The F&R was adopted by United States District Judge Michael Mosman as his own opinion [87] on December 18, 2012.

Plaintiffs have requested that the Court certify the judgment as a final appealable judgment under FRCP 54(b), and the Court has determined that there is no just reason for delay. Defendant-Intervenor NAC Group, Inc. and Plaintiffs have entered into an agreement whereby Plaintiffs have assigned NAC Group, Inc. an interest in Plaintiffs' requested judgment against Stingl Products. Plaintiffs have no objection to NAC Group, Inc. being included in that judgment. Therefore, this is a final judgment against Stingl Products, LLC as to Plaintiffs' claims for breach of contract, goods sold and delivered, and account stated.

It is adjudged that Plaintiffs Zelpro Assembly Solutions, LLC, Circuit Manufacturing, Inc., Calvin Rasmussen, and Defendant-Intervenor NAC Group, Inc. recover from Stingl Products, LLC in the amount of $1,903,720.04 plus prejudgment interest at the rate of nine percent (9%) per annum from November 2, 2010, together with post-judgment interest at the rate of nine percent (9%) per annum and costs.

It is further adjudged that the portion of this judgment that NAC Group, Inc. may recover from Stingl Products, LLC is limited to $233,036.41 plus prejudgment interest at a rate of nine percent (9%) per annum from December 1, 2009, together with costs.

This Judgment shall not prejudice NAC Group, Inc.'s claim of priority to judgment proceeds. All judgment creditors and their attorneys shall hold all property, funds, or other judgment proceeds in trust until further order or judgment of this Court, including but not limited

2 – JUDGMENT AGAINST STINGL PRODUCTS, LLC, AS TO FEWER THAN ALL CLAIMS

to any funds held in trust by plaintiffs or plaintiffs' counsel that were received from any defendant during the pendency of this lawsuit and any and all property or money obtained in collection of this Judgment.

IT IS SO ORDERED.

DATED this 8 day of March, 2013.

MICHAEL W. MOSMAN
United States District Judge