**COREY B. TOLLIVER,** OSB NO. 075500
E-mail: corey@FARlawfirm.com
FOLAWN ALTERMAN & RICHARDSON LLP
805 SW Broadway, Suite 2750
Portland, Oregon  97205
Telephone:  (503) 546-4620
Facsimile:  (503) 517-8204

Attorneys for Defendant-Intervenor NAC Group, Inc.

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **ZELPRO ASSEMBLY SOLUTIONS, LLC**, an Oregon limited liability company, **CIRCUIT MANUFACTURING, INC.**, an Oregon corporation, and **CALVIN RASMUSSEN**, an individual,<br><br>　　　　　　　　　　　Plaintiffs<br>　　v.<br><br>**STINGL PRODUCTS, LLC**, a Virginia limited liability company, **DAVID STINGL**, an individual, and **TONY SIRIANNI**, an individual,<br><br>　　　　　　　　　　　Defendants,<br><br>**NAC GROUP, INC.**, a Florida corporation,<br><br>　　　　　　　　　　　Defendant-Intervenor. | Case No. 3:11-cv-00519-MO<br><br>DEFENDANT-INTERVENOR'S MOTION FOR SUMMARY JUDGMENT ON FIRST COUNTERCLAIM<br><br>Oral Argument Requested |

## LR 7.1 CERTIFICATION

The undersigned attorney certifies that he attempted in good faith to resolve the subject of this motion through conferral by email and by telephone.

## MOTION

Defendant-intervenor NAC Group, Inc., by and through its attorney Corey Tolliver, moves the Court to enter summary judgment in its favor on its first counterclaim for declaratory

Page 1 –   DEFENDANT-INTERVENOR'S MOTION FOR SUMMARY JUDGMENT ON FIRST COUNTERCLAIM

judgment against plaintiffs.

This motion is supported by the Memorandum in Support, Declaration of Larry Sherris (in Support of Motion to Intervene) of July 11, 2011 (Docket #17), and Declaration of Corey Tolliver of March 14, 2013, together with supporting exhibits.

DATED this 14th day of March, 2013

**FOLAWN ALTERMAN & RICHARDSON LLP**

By /s/ Corey B. Tolliver
    **Corey B. Tolliver**, OSB #075500
    corey@FARlawfirm.com
    Telephone: (503) 546-4620
    Facsimile: (503) 517-8204
    Attorneys for NAC Group, Inc.

# CERTIFICATE OF SERVICE

I hereby certify that on March 14, 2013, I caused to be served a copy of the foregoing DEFENDANT-INTERVENOR'S MOTION FOR SUMMARY JUDGMENT ON FIRST COUNTERCLAIM on the following persons in the manner indicated below at the following address:

Leonard D. DuBoff
lduboff@dubofflaw.com
The DuBoff Law Group LLC
6665 SW Hampton Street, Suite 200
Portland, OR 97223
Telephone: (503) 968-8111
Facsimile: (503) 968-7228

    Attorneys for Plaintiffs

Garrett Garfield
Garrett.Garfield@hklaw.com
Holland & Knight LLP
111 SW Fifth Avenue, Suite 2300
Portland, OR 97204
Telephone: (503) 243-2300
Facsimile: (503) 241-8014

    Attorneys for Defendant STINGL PRODUCTS, LLC

Christopher C. S. Blattner
csturgeon@portlaw.com
cblattner@portlaw.com
Troy G. Sexton
tsexton@portlaw.com
Motschenbacher & Blattner, LLP
117 SW Taylor Street, Suite 200
Portland, OR 97204
Telephone: (503) 417-0500
Facsimile: (503) 417-0501

    Attorneys for Defendants DAVID STINGL and TONY SIRIANNI

☒ by **CM/ECF**

☐ by **Electronic Mail**

☐ by **US Postal Service**

    By /s/ Corey B. Tolliver_____
        Corey B. Tolliver

CERTIFICATE OF SERVICE