**COREY B. TOLLIVER,** OSB NO. 075500
E-mail: corey@FARlawfirm.com
FOLAWN ALTERMAN & RICHARDSON LLP
805 SW Broadway, Suite 2750
Portland, Oregon 97205
Telephone: (503) 546-4620
Facsimile: (503) 517-8204

Attorneys for Defendant-Intervenor NAC Group, Inc.


IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **ZELPRO ASSEMBLY SOLUTIONS, LLC**, an Oregon limited liability company, **CIRCUIT MANUFACTURING, INC.**, an Oregon corporation, and **CALVIN RASMUSSEN**, an individual, | Case No. 3:11-cv-00519-MO |
| Plaintiffs | JUDGMENT |
| v. | |
| **STINGL PRODUCTS, LLC**, a Virginia limited liability company, **DAVID STINGL**, an individual, and **TONY SIRIANNI**, an individual, | |
| Defendants, | |
| **NAC GROUP, INC.**, a Florida corporation, | |
| Defendant-Intervenor. | |

Defendant-Intervenor, NAC Group, Inc. ("NAC"), moved for summary judgment on its

First Counterclaim against plaintiffs, Zelpro Assembly Solutions, LLC, Circuit Manufacturing,

Inc., and Calvin Rasmussen. Oral argument on NAC's motion for summary judgment was had

before the Honorable Judge Michael W. Mosman on May 28, 2013. NAC was represented by

Corey Tolliver. Plaintiffs were represented by Leonard DuBoff. Defendant Stingl Products,

Page 1 – JUDGMENT

LLC was represented by Garret Garfield.  Defendants David Stingl and Tony Sirianni were represented by Troy G. Sexton.  The Court having considered the briefing, oral argument, and the court file, grants NAC's motion for summary judgment on NAC's First Counterclaim against plaintiffs.

NAC Group, Inc. shall have priority over plaintiffs, Zelpro Assembly Solutions, LLC, Circuit Manufacturing, Inc., and Calvin Rasmussen to any and all funds, property, or proceeds collected or received from any defendant in these proceedings until NAC Group, Inc.'s judgment against Circuit Manufacturing, Inc. entered in the case of *NAC Group, Inc. v. Circuit Manufacturing, Inc.*, Clackamas County Case No. CV10010238 (Feb. 23, 2011) ("Circuit Money Judgment") is satisfied in full, including accrued interest.

Plaintiffs and their counsel shall immediately transfer to NAC's counsel, Folawn Alterman & Richardson, LLP, all money collected or received from defendants in this action, including $10,000 currently held in plaintiffs' counsel's trust account.  NAC will apply the $10,000 towards satisfaction of the Circuit Money Judgment.

NAC is awarded its costs from plaintiffs in the amount of $120.54.

DATED _____11 June 13_____

By ___/s/Michael W. Mosman_____
Michael W. Mosman
United States District Judge

Submitted By:
**Corey B. Tolliver**, OSB #075500
corey@FARlawfirm.com
Telephone:  (503) 546-4620
Facsimile:  (503) 517-8204

Attorneys for NAC Group, Inc

Page 2 – JUDGMENT

## CERTIFICATE OF SERVICE

I hereby certify that on June 4, 2013, I caused to be served a copy of the foregoing

JUDGMENT on the following person in the manner indicated below at the following address:

Leonard D. DuBoff
lduboff@dubofflaw.com
The DuBoff Law Group LLC
6665 SW Hampton Street, Suite 200
Portland, OR 97223
Telephone: (503) 968-8111
Facsimile: (503) 968-7228

    Attorneys for Plaintiffs

Garrett Garfield
Garrett.Garfield@hklaw.com
Holland & Knight LLP
111 SW Fifth Avenue, Suite 2300
Portland, OR 97204
Telephone: (503) 243-2300
Facsimile: (503) 241-8014

    Attorneys for Defendant STINGL PRODUCTS, LLC

Christopher C. S. Blattner
csturgeon@portlaw.com
cblattner@portlaw.com
Troy G. Sexton
tsexton@portlaw.com
Motschenbacher & Blattner, LLP
117 SW Taylor Street, Suite 200
Portland, OR 97204
Telephone: (503) 417-0500
Facsimile: (503) 417-0501

    Attorneys for Defendants DAVID STINGL and TONY SIRIANNI

☒ by **CM/ECF**

☐ by **Electronic Mail**

☐ by **US Postal Service**

    By /s/ Corey B. Tolliver_____
      Corey B. Tolliver

CERTIFICATE OF SERVICE