# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| **ZELPRO ASSEMBLY SOLUTIONS, LLC, et al.**<br>**Plaintiff(s),**<br><br>v.<br><br>**STINGL PRODUCTS, LLC, et al.**<br>**Defendant(s).**<br>_____ / | Case No.: 3:11−cv−00519−MO<br><br><br><br>**ORDER REFERRING CASE TO MEDIATION** |

**IT IS ORDERED THAT:**

Pursuant to LR 16−4(f), this case is to be referred to Court−sponsored mediation.

(a) This case is referred to the Staff Mediator. The mediator will contact counsel about available dates and the mediation process. Information about the staff mediator is located on the Court's website.

(b) **Goals of Mediation:** The Court expects the mediator to conduct mediation proceedings in an attempt to achieve full settlement of the issues addressed in the case.

(c) **Conduct of Mediation:** Pursuant to LR 16−4(g), all proceedings before the mediator are privileged and shall not be reported, placed into evidence, made known to the trial court or jury, or otherwise construed as an admission against interest by any party.

(d) **Reporting Result of Mediation:** When the proceedings are completed, the mediator will report the outcome and the status of the case to the Court. If no settlement can be achieved, the mediator may also advise the Court whether the intervention of a settlement judge or other form of alternative dispute resolution may help to resolve the matter.

(e) **Judicial Immunity of the Mediator:** Pursuant to LR 16−4(f)(3), during the conduct of the mediation, the mediator acts as an officer of the Court and is therefore invested with full judicial immunity.

**DATED** this 20th day of June, 2013            /s/Michael W. Mosman
                                                                          Honorable Michael W. Mosman
                                                                          U.S. District Court Judge