**Leonard D. DuBoff, OSB #77437**
lduboff@dubofflaw.com
The DuBoff Law Group, LLC
6665 SW Hampton Street, Suite 200
Portland, OR 97223-8357
Telephone: (503) 968-8111
Facsimile: (503) 968-7228
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| ZELPRO ASSEMBLY SOLUTIONS, LLC an Oregon limited liability company AND CALVIN RASMUSSEN, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>STINGL PRODUCTS, LLC, a Virginia limited liability company, DAVID STINGL, an individual, and TONY SIRIANNI, an individual,<br><br>Defendants. | Civil Action No. No. 3:11-cv-00519-MO<br><br>PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE A RESPONSE TO MOTION FOR SUMMARY JUDGMENT |

### LR 7.1(A) CERTIFICATION

Pursuant to L.R. 16.3, counsel for Plaintiffs Zelpro Assembly Solutions, LLC and Calvin Rasmussen has conferred with counsel for Defendants Tony Sirianni and David Stingl and has confirmed that they do not oppose this motion.

Page 1 – PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE A RESPONSE TO MOTION FOR SUMMARY JUDGMENT

## MOTION

Pursuant to LR 7-1, Plaintiffs move the Court for an extension of the time until November 12, 2013 to file their response to Defendant David Stingl and Tony Sirianni's Motion for Summary Judgment. This motion is supported by the Memorandum of Points and Authorities filed herewith.

DATED: October 25, 2013.                    Respectfully submitted,

*[signature]*

Leonard D. DuBoff, OSB # 774378
lduboff@dubofflaw.com
6665 SW Hampton St., Ste. 200
Portland, OR 97223
Telephone: (503) 968-8111
Facsimile: (503) 968-7228
Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

    I hereby certify that on the 25th day of October, 2013, the foregoing **PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE A RESPONSE TO MOTION FOR SUMMARY JUDGMENT and MEMORANDUM TO PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE A RESPONSE TO MOTION FOR SUMMARY JUDGMENT** was served via Email on the following:

Christopher Blattner cblattner@portlaw.com
Troy G Sexton tsexton@portlaw.com
Motschenbachner & Blattner LLP
117 SW Taylor St. Ste 200
Portland, OR 97204

Daniel L. Steinberg
Daniel.steinberg@greenmarkley.com
Greene & Markley PC
1515 SW 5th Ave. Ste 600
Portland, OR 97201

_____
Leonard D. DuBoff, OSB # 774378
lduboff@dubofflaw.com

Page 3 – PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE A RESPONSE TO MOTION FOR SUMMARY JUDGMENT