IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**ZELPRO ASSEMBLY SOLUTIONS, LLC,**
an Oregon limited liability company;
**CIRCUIT MANUFATURING, INC.,** an
Oregon corporation; and **CALVIN RASMUSSEN,**
an individual,

        Plaintiffs,

      v.

**STINGL PRODUCTS LLC,** a Virginia limited
liability company; **DAVID STINGL,** an individual;
and **TONY SIRIANNI,** an individual,

        Defendants.

No. 3:11-cv-00519-MO

JUDGMENT

**MOSMAN, J.**,

      For the reasons stated on the record, Defendants' motion for summary judgment [142] is GRANTED. IT IS ORDERED AND ADJUDGED that this case is DISMISSED with prejudice. Pending motions, if any, are DENIED AS MOOT.

      DATED this   17th   day of December, 2013.

                                          /s/ Michael W. Mosman
                                          MICHAEL W. MOSMAN
                                          United States District Judge